BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $37,000.00 IN U.S. CURRENCY,<br><br>　　　　　　Defendant. | 1:13-CV-01075-LJO-BAM<br><br>**JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON**<br><br>Date:　November 5, 2013<br>Time:　8:30 a.m.<br>Courtroom:　#8 (6th Floor)<br><br>Honorable Barbara A. McAuliffe |

　　　　The United States of America and Claimant Nicholas Vigil, by and through their respective counsel, jointly request an approximate 90-day continuance of the presently scheduled mandatory scheduling conference to allow the parties to engage in an informal exchange of relevant documents and to pursue settlement discussions that may lead to the resolution of this matter without consuming the resources of the court.

　　　　Therefore, the parties request that the Court continue the Scheduling Conference from November 5, 2013, to January 23, 2014.

Dated:  October 24, 2013　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/ Heather Mardel Jones
　　　　　　　　　　　　　　　　　　　　　HEATHER MARDEL JONES
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: October 24, 2013

/s/ Jeffrey D. Schwartz
JEFFREY D. SCHWARTZ
Attorney for Claimant Nicholas Vigil

### ORDER

Based on the Stipulation of the parties (Doc. 10), the Mandatory Scheduling Conference currently set for from November 5, 2013, is RESET for January 23, 2014, at 10:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **October 25, 2013**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE