BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01075-BAM |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $37,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil action against the defendant approximately $37,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about December 20, 2012. A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on July 12, 2013, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

2.  On September 12, 2013, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on September 16, 2013.

3.  Beginning on July 18, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

A Declaration of Publication was filed with the Court on August 27, 2013.

4. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, direct notice or attempted direct notice was given to the following individuals:

    a. Nicholas Colt Vigil

    b. Jason Paul Jones

    c. Jeffrey D. Schwartz, Esq.

5. On October 10, 2013, Claimant filed a deficient claim. On October 28, 2013, Claimant filed an Answer. On that same date, October 28, 2013, Claimant filed an Amended Claim.

6. No other parties filed claims or answers, and the time in which any person or entity may have filed a claim and answer expired. As such, the Clerk of the court entered a Clerk's Certificate of Entry of Default against Jason Paul Jones on October 21, 2013.

7. The United States and Claimant hereby jointly request that, as part of the Final Judgment of Forfeiture in this case, the Court enter a default judgment against the interest, if any, of Jason Paul Jones.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.
2. That judgment is hereby entered against Nicholas Colt Vigil, Jason Paul Jones, and all other potential claimants.
3. After entry by the Court of a Final Judgment of Forfeiture herein, $33,300.00 of the defendant approximately $37,000.00 in U.S. Currency, together with any interest that has accrued on the entire $37,000.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.
4. After entry by the Court of a Final Judgment of Forfeiture herein, and no later than 60 days after Claimant has provided the necessary electronic funds transfer

paperwork, $3,700.00 of the defendant funds shall be returned to Claimant, through his attorneys of record, Jeffrey D. Schwartz and Jessica M. Watson, 637 F Street, Arcata, California, 95521, telephone (737) 822-6707.

5. That pursuant to the stipulation of the parties, the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Claimant agrees to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on July 12, 2013, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:  March 27, 2014             /s/ Barbara McAuliffe
                                   BARBARA A. McAULIFFE
                                   United States Magistrate Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed July 12, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: __**March 27, 2014**__          ____/s/ *Barbara A. McAuliffe*____
                               UNITED STATES MAGISTRATE JUDGE